IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GENE DANIEL MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:16-cv-264 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | By:  Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is

hereby ORDERED that:

1.  The July 31, 2017 report and recommendation (Dkt. No. 20) is ADOPTED;

2.  The plaintiff's motion for summary judgment (Dkt. No. 13) is DENIED;

3.  The commissioner's motion for summary judgment (Dkt. No. 15) is GRANTED;

4.  The commissioner's decision is AFFIRMED; and

5.  This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all

counsel of record.

Entered: September 27, 2017.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge